IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY CASE |
| DEAN R. PRICKETT, SR., | : | NO. 08-52406-JDW |
| Debtor. | : | CHAPTER 12 PROCEEDING |

**TRUSTEE'S NOTICE OF PAYMENT INTO COURT**

COMES NOW WALTER W. KELLEY, Trustee of the above estate, and hereby shows the following:

-1-

Pursuant to and in accordance with §347(a) of Title 11, Unites States Code (the "Bankruptcy Code"), I hereby give notice that I am paying into the Court the unpaid final dividend check(s) identified in Paragraph 2 in the sum of $488.89.

-2-

Pursuant to and in accordance with Rule 3011 of the Federal Rules of Bankruptcy Produce, the last known name and address of each entity whose final dividend check has not been presented for payment or returned to the Trustee, the number of such check, and the amount that such entity is entitled to be paid from the remaining property of the estate that is being paid into the Court as follows:

| **Name and Last Known Address** | **Check No.** | **Amount** |
|---|---|---|
| HSBC BANK USA, NA<br>P.O. Box 5216<br>Carol Stream, IL  60197 | 101793 | $488.89 |

In an effort to locate the creditor, the Trustee telephoned the number listed on the creditor's Proof of Claim No. 1 and the call was answered by a representative for Capital One. The Capital One representative was unable to locate an account for the debtor with the information provided by the Trustee. The Trustee searched the internet for HSBC BANK USA, NA and found the same telephone number was listed along with a second number. The second number was called and again answered by

a representative for Capital One who could not find the debtor's account with the information provided from the Trustee's records.

WHEREFORE, the Trustee respectfully requests that this report be approved.

/s/ Walter W. Kelley
WALTER W. KELLEY
Chapter 12 Trustee
P.O. Box 70849
Albany, Georgia   31708
(229) 888-2257
Ch12trustee@kelleylovett.com

### CERTIFICATE OF SERVICE

I hereby certify that I am over 18 years of age and that I have furnished a true copy of the within and foregoing Trustee's Notice of Payment into Court to the following named individuals by either electronic filing or by depositing a copy of same in the United States Mail or in properly addressed envelopes with sufficient postage thereto affixed to insure delivery, this 25th day of April, 2014.

*ECF:*

Wesley J. Boyer
Attorney for Debtor
Wjboyer_2000@yahoo.com

U.S. Trustee – MAC
Ustp.region21.mc.ecf@usdoj.gov

*U.S. Mail:*

Dean R. Prickett, Sr.
P.O. Box 337
Montezuma, GA   31063

/s/ Walter W. Kelley
WALTER W. KELLEY, TRUSTEE
Post Office Box 70849
Albany, Georgia   31708
(229) 888-2257
Ch12trustee@kelleylovett.com